**STATE of Missouri, Respondent,**

v.

**Joshua Joel COSBY, Appellant.**

**No. ED 104651**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: August 29, 2017

Christian Lehmberg, Woodrail Centre, 1000 W. Nifong Bldg. 7 Ste. 100, Columbia, MO 65203, For Defendant/Appellant.

Dora A. Fichter, PO Box 899, Jefferson City, MO 65102, For Plaintiff/Respondent.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM.

Joshua Joel Cosby ("Defendant") appeals his conviction of two counts of rob-

---

1. Mo. R. Crim. P. 2015.

bery in the first degree in violation of § 569.020 (Counts 3 and 5), two counts of attempted robbery in the first degree in violation of § 564.011 (Counts 7 and 9), one count of assault in the first degree in violation of § 565.050 (Count 11), and five counts of armed criminal action in violation of § 571.015 (Counts 4, 6, 8, 10, and 12). Defendant claims the trial court erred in overruling his motion of acquittal for Counts 9, 10, 11, and 12 and in denying his motions to suppress the out-of-court identifications of witnesses Kathi Pham and Daysha Johnson. Defendant also argues that the trial court abused its discretion by admitting the in-court identifications of witnesses Pham, Johnson, and Theresa Daniels. We affirm the judgment of the trial court.

No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).